Donald KRIMM and Audrey Krimm,
his Wife, Petitioners

v.

MUNICIPAL AUTHORITY
OF WESTMORELAND
COUNTY, Respondent

No. 35 WAL 2017

Supreme Court of Pennsylvania.

July 5, 2017

## ORDER

PER CURIAM

AND NOW, this 5th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

Petitioner's motion for post-submission communication is also **GRANTED.**